**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Kelsey M. Benedick**, OSB No. 173038
benedickk@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLIAM WALTERS,**<br><br>Plaintiff,<br><br>v.<br><br>**JPMorgan Chase Bank, N.A.**, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-001016-MO<br><br>ORDER OF DISMISSAL |

This matter having come before the Court pursuant to the parties' Stipulation re Dismissal of Plaintiff's TCPA Claim, and the Court having considered the foregoing,

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties:

1.   Plaintiff's claims against Chase are dismissed with prejudice, without an award of fees or costs to any party; and

PAGE 1 -   ORDER OF DISMISSAL

2.     Chase's counterclaims are stayed pending resolution of plaintiff's bankruptcy petition.

IT IS SO ORDERED.

DATED this ____ day of February, 2019.

_____
Chief District Judge Michael W. Mosman

SUBMITTED BY:

Kelsey Benedick, OSB No. 173038
Telephone: 503.778.2100
Email: benedickk@lanepowell.com
Attorneys For Defendant Chase Bank USA, N.A.

PAGE 2 -   ORDER OF DISMISSAL