**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLIAM WALTERS,** | Case No. 3:18-cv-001016-MO |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| **JPMorgan Chase Bank, N.A.**, and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY ADJUDGED that the Court, having previously dismissed plaintiff's claims against defendant, and now having entered an Order of Dismissal dismissing defendant's counterclaims against plaintiff, there being no further claims pending and there being no just reason for delay, this matter is dismissed without an award of fees or costs to any party. All pending case deadlines are stricken as moot.

DATED this 25 day of April, 2019.

_____
Chief District Judge Michael W. Mosman

PAGE 1 -   JUDGMENT OF DISMISSAL